IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOEBE GAGAZA,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, et al.,<br><br>    Defendants._____/ | No. C 11-02490 CRB<br><br>**ORDER REMANDING TO STATE COURT** |

    Defendants JP Morgan Chase and California Reconveyance Company removed this action from the Superior Court of the State of California, County of Alameda, to this Court on May 20, 2011. Although the Complaint sets forth only state law causes of action, Defendants assert that the action is removable because the FDIC is a "party." See 12 U.S.C. § 1819(b)(2)(a). The FDIC, however, had not been served at the time of removal and still apparently has not been served. Not. of Removal (dkt. 1) at 2. Thus, the FDIC is not presently a "party" to this lawsuit, at least in the sense required to justify removal on the basis of federal question jurisdiction. Accordingly, this case is REMANDED to state court.

    **IT IS SO ORDERED.**

Dated: June 15, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2490\Order Remanding to State Court.wpd